# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

ADAM STREETER,

    Plaintiff,

vs.

ELI LILLY AND COMPANY, an Indiana corporation,

    Defendant.

No. 3:14-cv-00555-WMC

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Adam Streeter and Defendant Eli Lilly and Company, hereafter collectively "the Parties," stipulate as follows:

WHEREAS, Plaintiff agrees to voluntarily dismiss this action; and

WHEREAS, the Parties stipulate and agree that the Parties shall bear their own attorneys' fees and costs;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Stipulation of Dismissal.

Dated: October 5, 2016  Respectfully submitted,

/s/ T. Matthew Leckman  /s/ Michael X. Imbroscio
T. Matthew Leckman, *pro hac vice*  Michael X. Imbroscio, *pro hac vice*
Sarah Schindler, *pro hac vice*  Phyllis A. Jones, *pro hac vice*
Pogust Braslow & Millrood, LLC  Covington & Burling LLP
161 Washington Street  One CityCenter
Suite 1520  850 Tenth Street NW
Conshohocken, PA 19428  Washington, DC 20003
(610) 941-4204  (202) 662-6000
mleckman@pbmattorneys.com  mimbroscio@cov.com
sschindler@pbmattorneys.com  pjones@cov.com

Lynn R. Laufenberg  Naikang Tsao
Laufenberg, Jassak & Laufenburg, S.C.  Megan Stelljes
115 S. 84th Street, Suite 250  Foley & Lardner LLP
Milwaukee, WI 53214  150 East Gilman Street
(414) 778-0700  Madison, WI 54703
lrl@lauflaw.com  (608) 258-4250
 ntsao@foley.com

*Attorneys for Plaintiff*

*Attorneys for Eli Lilly and Company*

CERTIFICATE OF SERVICE

I, Sarah Schindler, hereby certify that a true and correct copy of the foregoing Stipulation has been filed electronically and is available for viewing and downloading from the ECF system. All parties have consented to electronic service.

Date: October 5, 2016 /s/ Sarah Schindler
Sarah Schindler